```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0059--CR (JWS)
"USA V JOSE ANTONIO MCPHERSON"
DEF 1.1 MCPHERSON, JOSE ANTONIO

Including terminated defendants, excluding terminated counsel
```

```
    Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed: 06/22/05
             Closed: NO
 No. of Defendants: 1
     MJ Case Number:
                AKA:
    Location status: U.S. Custody
         Trial date: 09/13/05
         Terminated: NO
  Needs interpreter: NO
  Counsel of record: Thomas Burke Wonnell
                     2600 Denali Street, Suite 460
                     Anchorage, AK 99501
                     907-276-8008
                     FAX 907-278-8571
                     Serve: YES
                      Type: CJA
                      Role: Pretrial/Trial


 PLF 1.1 UNITED STATES OF AMERICA

 Counsel of record: Crandon H. Randell
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513-7567
                    907-271-5071
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial


Counts re: DEF 1.1 MCPHERSON, JOSE ANTONIO
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 21:846 & 841(b)(1)(C) ATTEMPTED POSSESSION WITH INTENT TO DISTRIBUTE OF "ECSTASY," A SCHEDULE I CONTROLLED SUBSTANCE | Pending |
| 1 - 1 IND | 2 | 18:924(c)(1)(A)(ii) BRANDISHING A FIREARM DURING & IN RELATION TO A FEDERAL DRUG TRAFFICKING CRIME (F) | Dismissed (37-1) |
| 1 - 1 IND | 3 | 18:924(c)(1)(A)(iii) USE OF A FIREARM DURING & IN RELATION TO A FEDERAL DRUG TRAFFICKING CRIME (F) | Acquitted (34-1) |
| 1 - 1 IND | 4 | 21:841(a)(1), (b)(1)(C) POSSESSION OF COCAINE WITH INTENT TO DISTRIBUTE (F) | Pending |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CRIMINAL DOCKET ENTRIES FOR CASE A05-0059--CR (JWS)
                                "USA V JOSE ANTONIO MCPHERSON"

                                    For all filing dates


    Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed:  06/22/05
            Closed:  NO
No. of Defendants:  1


 Document #    Filed     Docket text

      1 -  1  06/22/05   [Re: DEF 1] PLF 1 Indictment.

   NOTE -  1  06/23/05   Issued: Summons on DEF 1 re: arr set 8/1/05 @ 9:00 a.m. before MJ Hall @
                         Anchorage.

   NOTE -  2  06/23/05   Notation: Proposed Trial Date Setting for Arr to USDJ.

      2 -  1  06/23/05   [Re: DEF 1] JDR Grand Jury Minutes re: bail to be determined @ arr; sum
                         to be iss; set for arr & notify USM.

      3 -  1  06/23/05   [Re: DEF 1] JDR Minute Order setting arr on Indt for 8/1/05 @ 9:00 a.m.
                         before MJ Hall. cc: USA, B. Wonnell, Def w/USM cy, USM, USPO

      4 -  1  06/28/05   USM Return of svc re: summons executed on 6/27/05.

      5 -  1  08/02/05   [Re: DEF 1] TWH Court Minutes [ECR: Robin Carter] Re: arr on Indt held
                         (8/1/05); FPD to designate CJA counsel; T. Burke Wonnell appted; not
                         guilty to Cts 1-4 of the Indt; bond set at O/R; ptms due 8/12/05; cnsl
                         advised of trial date of 9/7/05 at 9:00 a.m.; fptc 9/7/05 at 8:30 a.m.
                         cc: USA, T. Burke Wonnell, USM, USPO, Judge Sedwick

      6 -  1  08/02/05   [Re: DEF 1] Order setting conditions of release. cc: USA, T. BURKE
                         WONNELL, USM, USPO

      7 -  1  08/02/05   [Re: DEF 1] TWH Order of Personal Recognizance. cc: USA, T. BURKE
                         WONNELL, USM, USPO

      8 -  1  08/02/05   DEF 1 Financial Affidavit.

      9 -  1  08/02/05   [Re: DEF 1] TWH Order regarding preparation for trial; cnsl to meet and
                         confer 8/5/05; ptms due 8/12/05.  cc: USA, T. BURKE WONNELL

     10 -  1  08/03/05   [Re: DEF 1] JWS Minute Order setting TBJ on 9/7/05 @ 9:00 a.m. & FPTC
                         set 9/7/05 @ 8:30 a.m.. cc: USA, B. Wonnell, USM, USPO, MJ Roberts, JC

     11 -  1  08/04/05   DEF 1 CJA 20 appointment of T. Burke Wonnell.

     12 -  1  08/22/05   DEF 1 motion on shortened time to continue trial.

     13 -  1  08/23/05   [Re: DEF 1] PLF 1 opposition to DEF 1 motion on shortened time to
                         continue trial (12-1).

     14 -  1  08/23/05   DEF 1 reply to opposition to DEF 1 motion on shortened time to continue
                         trial (12-1).

     15 -  1  08/23/05   [Re: DEF 1] PLF 1 Discovery Conference Certificate.

     16 -  1  08/24/05   [Re: DEF 1] JWS Minute Order granting in part mot on shortened time to
                         continue trial (12-1); 9/7/05 FPTC & TBJ reset to 9/13/05 @ 8:30 a.m. &
                         9:00 a.m., respectively; Mr. Wonnell to check w/clk's office daily

ACRS: R_RDSDX                  As of 10/31/05 at 4:21 PM by GARRY                        Page 1
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A05-0059--CR (JWS)
                              "USA V JOSE ANTONIO MCPHERSON"
```

|                  | For all filing dates |

| Document # | Filed    | Docket text |
|------------|----------|-------------|
|            |          | beginning on 8/31/05 re: trans completion. cc: USA, B. Wonnell, USM, USPO, MJ Roberts, ECR, JC |
| 17 - 1     | 08/24/05 | [Re: DEF 1] PLF 1 response to DEF 1's reply to PLF's oppo to DEF 1 motion on shortened time to continue trial (12-1). |
| 18 - 1     | 08/26/05 | {SEALED} |
| 19 - 1     | 09/06/05 | DEF 1 motion for protective order w/att exh. |
| 20 - 1     | 09/06/05 | DEF 1 Prop Jury Instructions. |
| 21 - 1     | 09/06/05 | DEF 1 Prop Voir Dire Questions. |
| 22 - 1     | 09/06/05 | [Re: DEF 1] PLF 1 Proposed Voir Dire. |
| 23 - 1     | 09/06/05 | [Re: DEF 1] PLF 1 Proposed Jury Instructions. |
| 24 - 1     | 09/06/05 | [Re: DEF 1] PLF 1 Trial Brief. |
| 18 - 2     | 09/12/05 | {SEALED} |
| 25 - 1     | 09/12/05 | [Re: DEF 1] PLF 1 Notice of intent to use the crt's digital evidence presentation system. |
| 26 - 1     | 09/13/05 | [Re: DEF 1] JWS Court Minutes [ECR: April Karper] re FPTC (held 9/13/05); granting motion for protective order (19-1); cc: USA, T.B. Wonnell, USM, USPO, MJ Roberts. |
| 27 - 1     | 09/14/05 | [Re: DEF 1] JWS Court Minutes [ECR: April Karper/Linda Christensen] re TBJ-Day 1 (held 9/13/05); trial to reconvene on 9/14/05 at 9:00 am. |
| 28 - 1     | 09/15/05 | [Re: DEF 1] JWS Court Minutes [ECR: Elisa Singleton/Linda Christensen] re TBJ-Day 2 (held 9/14/05); def oral mot to dsms Ct 3 denied; def renewed oral Rule 29 mot denied; jury began deliberations; jury to resume deliberations on 9/15/05 at 9:00 am; jury instructions & verdict forms, note forms & adm exhs forwarded to jury; jury note attached. |
| 29 - 1     | 09/16/05 | [Re: DEF 1] JWS Court Minutes [ECR: Elisa Singleton/Linda Christensen] re TBJ-Day 3 (held 9/15/05); jury deliberated; jury to resume deliberations at 9:00 am Friday 9/16/05. |
| 31 - 1     | 09/16/05 | [Re: DEF 1] Redacted Verdicts ct 1 - 4; deft guilty on cts 1 and 4, no verdict returned on cts 2 and 3. |
| 32 - 1     | 09/16/05 | [Re: DEF 1] Jury Instructions. |
| 30 - 1     | 09/19/05 | [Re: DEF 1] JWS Court Minutes [ECR: Elisa Singleton] re Trial by Jury Day 4 (held 9/16/05); verdict guilty cts 1 & 4, mistrial ct 2 and 3; rule 29 motion on ct 3 granted; count 3 dismissed; US Atty to notify ct by 9/30/05 if deft will be retried on ct 2; def remanded. w/attached witness and exhibit lists and jury notes. cc: USA, T. Wonnell, USM, USPO, MJ Roberts |
| 33 - 1     | 09/19/05 | [Re: DEF 1] PLF 1 motion to dismiss count 2. |
| 34 - 1     | 09/20/05 | [Re: DEF 1] JWS Judgment of Discharge found not guilty on ct 3 of Indt (1-1). cc: USA, B. Wonnell, Def w/cnsls cy, USM, USPO, MJ Roberts |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET ENTRIES FOR CASE A05-0059--CR (JWS)
                         "USA V JOSE ANTONIO MCPHERSON"

                              For all filing dates


Document #    Filed      Docket text

    35 -   1  09/20/05   [Re: DEF 1] JWS Minute Order setting IOS on 12/8/05 @ 8:30 a.m.. cc:
                         USA, B. Wonnell, USM, USPO

    36 -   1  09/21/05   [Re: DEF 1] JWS Order granting motion to dismiss count 2 (33-1). cc:
                         USA, B.  Wonnell

    37 -   1  09/21/05   [Re: DEF 1] JWS Judgment of Discharge dism ct 2 of Indt (1-1). cc: USA,
                         B. Wonnell, Def w/cnsls cy, USM, USPO, MJ Roberts

    38 -   1  09/22/05   DEF 1 Unopposed motion to reschedule sentencing.

    39 -   1  09/26/05   [Re: DEF 1] RRB Order granting unoppo mot to reschedule sentencing
                         (38-1); IOS reset to 12/9/05 @ 8:30 a.m.. cc: USA, B. Wonnell, USM, USPO

    40 -   1  10/25/05   [Re: DEF 1] JWS Minute Order resetting 12/9/05 IOS to 12/8/05 @ 8:30
                         a.m.. cc: USA, B. Wonnell, USM, USPO
```