MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

*FILED DEC 09 2005 UNITED STATES DISTRICT COURT DISTRICT OF ALASKA By \_\_\_ Deputy*

| UNITED STATES OF AMERICA | v. | JOSE ANTONIO MCPHERSON |
|---|---|---|

THE HONORABLE JOHN W. SEDWICK            CASE NO.  A05-0059 CR (JWS)

Deputy Clerk                              Official Recorder

Pam Richter                               _____

APPEARANCES:   for PLAINTIFF:   ----

               for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

---

The evidentiary hearing requested by defendant will be held on Tuesday, January 24, 2006, at 9:00 AM. The imposition of sentence will be completed immediately following that hearing.

The United States is requested to procure and file a transcript of the trial testimony of witness Joe Robertson, so that the court and counsel for both parties may have the benefit of reviewing the same in advance of the evidentiary hearing.

DATE:  December 9, 2005

ENTERED AT JUDGE'S DIRECTION
INITIALS:  prr
Deputy Clerk

A05-0059--CR (JWS)   12-9-05

T. WONNELL (WONNELL)
C. RANDELL (US ATTY)
US MARSHAL
US PROBATION
ECR

45