T. BURKE WONNELL
2600 Denali Street, Suite 460
Anchorage, Alaska 99503
(907)276-8008, (f)(907)278-8571

CJA Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. A05-59 CR (JWS) |
| ) | |
| Plaintiff, ) | |
| ) | **MOTION ON SHORTENED TIME** |
| vs. ) | **FOR ISSUANCE OF SUBPOENA** |
| ) | |
| JOSE ANTONIO MCPHERSON, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

COMES NOW Defendant Jose Antonio McPherson, by and through undersigned counsel, and hereby moves the Court to direct the United States Marshal's Service to serve a subpoena on Benjamin Harden, believed to be residing at 738 Fairbanks St. (562-3111), to compel his testimony at the continued sentencing hearing presently scheduled for January 24, 2006 at 9:00 A.M.  As indicated at the previous sentencing hearing, Mr. Harden was a first hand witness to the events of December 6, 2003 (subsequent to the offenses) that the government argues should aggravate Defendant's sentence.

RESPECTFULLY SUBMITTED this 13th day of January, 2006.

T. BURKE WONNELL
CJA Counsel for Defendant
Jose Antonio McPherson


By:_____/s/_____
    T. Burke Wonnell
    AK Bar No. 9610049


CERTIFICATE OF SERVICE

I hereby certify that true and correct copies
of the foregoing were served electronically on:

Crandon Randell, Esq.
222 W. 7th Ave. #9 Room 253
Anchorage, AK 99513-7567


this 13th day of January, 2006.


_____/s/_____
T. BURKE WONNELL