# UNITED STATES DISTRICT COURT

# DISTRICT OF ALASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | 3:05-cr-00059 (JWS) |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **JOSE ANTONIO MCPHERSON,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    The court has considered the motion at docket 46.  The motion is **GRANTED** for good cause shown.  The United States Marshal for the District of Alaska is hereby directed to serve a subpoena requiring the attendance of Benjamin Hardin at the sentencing hearing in this case in Courtroom 3 at **9:00 AM** on **January 24, 2006.** Mr. Hardin is believed to reside at 738 Fairbanks Street, Anchorage, Alaska.

    DATED this 17th day of January 2006.

/s/
JOHN W. SEDWICK
UNITED STATES DISTRICT JUDGE