AO 443 (Rev.5/85) Warrant for Arrest of Witness

# UNITED STATES DISTRICT COURT
District of Alaska

RECEIVED
JAN 31 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

**UNITED STATES OF AMERICA**
v.

JOSE ANTONIO MCPHERSON

**WARRANT FOR ARREST OF WITNESS**

CASE NUMBER: 3:05-cr-00059 JWS

RECEIVED U.S. MARSHALS SERVICE ALASKA 2006 JAN 27 AM 10: 42

To: The United States Marshal and
Any Authorized United States Officer

YOUR ARE HEREBY COMMANDED to arrest **Benjamin Harden** and bring this witness forthwith before the District Court at **Anchorage** for the reason that the witness failed to appear after having been served with a subpoena to appear in this case.

YOU ARE FURTHER COMMANDED to detain the witness in custody until the witness is discharged by the court.

ORDERED BY

Ida Romack
name of issuing officer

_Dan Maur_ (signature)
(by) deputy clerk

Clerk of Court
title of issuing officer

January 27, 2006 at Anchorage, AK.
date and location

**Bail fixed at $** .

by JOHN W. SEDWICK
name of judicial officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named witness. |||
| date received<br>1/27/06<br>date of arrest<br>1/27/06 | name and title of arresting officer<br>John Olson | signature of arresting officer |